KOVAR

V.

GMRI, INC, d/b/a THE OLIVE GARDEN ITALIAN RESTAURANTS

CASE NO. A-20-820490-C

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. § 1441 (DIVERSITY)**

**Exhibit B**
**State Court Notice of Removal**

NOTC
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
PAUL A. SHPIRT
Nevada Bar No. 10441
Paul.shpirt@lewisbrisbois.com
JENNIFER R. LANAHAN
Nevada Bar No. 14561
Jennifer.lanahan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant GMRI, INC. d/b/a
THE OLIVE GARDEN ITALIAN
RESTAURANT

DISTRICT COURT

CLARK COUNTY, NEVADA

RACHEL W. KOVAR,

Plaintiffs,

vs.

GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, a Florida foreign corporation; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,

Defendants.

CASE NO. A-20-820490-C
Dept. No.: XXX

NOTICE OF REMOVAL OF ACTION

TO: THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that on September 30, 2020, Defendant GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT ("GMRI"), by and through its attorneys of record, Josh Cole Aicklen, Esq. and Paul A. Shpirt, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, removed this action to the Federal District Court, Southern

Division, all as stated in the copy of the Notice of Removal and Exhibits thereto which are collectively attached to this Notice as **Exhibit "A."**

DATED this 30th day of September, 2020

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Paul A. Shpirt

JOSH COLE AICKLEN
Nevada Bar No. 007254
PAUL A. SHPIRT
Nevada Bar No. 10441
JENNIFER R. LANAHAN
Nevada Bar No. 14561
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT



CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2020, a true and correct copy of **NOTICE OF REMOVAL OF ACTION** was served electronically with the Court using the Electronic Service system and addressed as follows:

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
O'REILLY LAW GROUP, LLC
325 S. Maryland Parkway
Las Vegas, NV 89101
702-382-2500
efile@oreillylawgroup.com

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101
702-386-0000
gillock@gmk-law.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
SAM & ASH, LLP
1108 S. Casino Center
Las Vegas, NV 89104
702-820-4000

*Attorneys for Plaintiff*

By /s/Tina M. Abrante
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

