JOSH COLE AICKLEN
Nevada Bar No. 07254
Josh.aicklen@lewisbrisbois.com
PAUL A. SHPIRT
Nevada Bar No. 10441
Paul.shpirt@lewisbrisbois.com
JENNIFER R. LANAHAN
Nevada Bar No. 14561
Jennifer.lanahan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| RACHEL W. KOVAR,<br><br>           Plaintiffs,<br><br>      vs.<br><br>GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, a Florida foreign corporation; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>           Defendants. | CASE NO. 2:20-cv-01819-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |
|---|---|

COME NOW, Defendant GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT ("Defendant") and Plaintiff RACHEL W. KOVAR ("Plaintiff"), by and through their respective counsel of record, and pursuant to LR 6-1 and LR 26-3, hereby stipulate and request that all current discovery deadlines in the above-captioned case be continued for a period of ninety (90) days. In addition, the parties request that all other future deadlines contemplated by the Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

    1.    On September 30, 2020, Defendant filed its Petition for Removal regarding Eighth

4838-7479-2662.1

1. Judicial District Court Case No. A-20-820490-C. [ECF No. 1]

2. On September 30, 2020, Defendant answered Plaintiff's Complaint in the federal court action. [ECF No. 5]

3. On October 13, 2020, the parties conducted an initial FRCP 26(f) conference.

4. On October 16, 2020, Plaintiff served her FRCP 26 Initial Disclosures on Defendant.

5. On October 27, 2020, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

6. On October 27, 2020, the parties filed a Stipulated Discovery Plan and Scheduling Order. [ECF No. 9]

7. On October 29, 2020, the parties submitted the Joint Status Report as ordered by ECF No. 6. [ECF No. 10]

8. On November 3, 2020, Plaintiff served interrogatories and requests for production of documents on Defendant.

9. On November 11, 2020, Defendant served interrogatories, requests for admissions, and requests for production of documents on Plaintiff.

10. On November 12, 2020, the Court denied the parties' Discovery Plan and Scheduling Order [ECF No. 9] and issued the currently operative Scheduling Order. [ECF No. 11]

11. On December 2, 2020, Defendant served it responses to Plaintiff's written discovery requests.

12. On December 7, 2020, Plaintiff's counsel requested, and Defendant's counsel agreed to, an extension for Plaintiff to respond to Defendant's written discovery requests.

13. On December 28, 2020, Plaintiff served her responses to Defendant's written discovery requests.

### **DISCOVERY REMAINING**

1. Plaintiff will take the deposition of Defendant's employee witness involved in the subject accident.

4838-7479-2662.1                              2

2. Defendant will take the deposition of Plaintiff.

3. The parties will designate initial expert witnesses.

4. The parties will designate rebuttal expert witnesses.

5. The parties will take the depositions of the designated expert witnesses.

6. The parties will take the depositions of any and all other witnesses garnered through discovery.

7. The parties will continue to gather relevant records.

### **WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Pursuant to Local Rule 26-3, the parties aver that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery. The parties are actively engaging in scheduling the depositions of Plaintiff and Defendant's employee witness to the subject incident. Nonetheless, the COVID-19 pandemic has slowed the parties' ability to streamline discovery.

Pursuant to the above, the parties have conferred and request an extension of the current deadlines as they will not currently suffice for the logistics of this case.

### **EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

LR 26-3 governs extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

/ / /

4838-7479-2662.1

3

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to FRCP 26(a)(2) | *January 28, 2021* | *April 28, 2021* |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | *February 27, 2021* | *May 28, 2021* |
| Discovery Cut-off | *March 29, 2021* | *June 28, 2021* |
| Dispositive Motions | *April 28, 2021* | *July 27, 2021* |
| Joint Pretrial Order | *May 28, 2021* | *August 26, 2021* |

WHEREFORE, the parties respectfully request that all current discovery deadlines in the above-captioned case be continued for a period of ninety (90) days, as outlined in accordance with the table above.

DATED this 7th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH  LLP

/s/Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 07254
PAUL A. SHPIRT
Nevada Bar No. 10441
JENNIFER R. LANAHAN
Nevada Bar No. 14561
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant*
GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT

ORDER

**IT IS SO ORDERED**

**DATED:** 3:50 pm, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DATED this 7th day of January, 2021.

O'REILLY LAW GROUP, LLC

/s/Timothy R. O'Reilly
TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
O'REILLY LAW GROUP, LLC
325 S. Maryland Parkway
Las Vegas, NV  89101

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV  89101

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
SAM & ASH, LLP
1108 S. Casino Center
Las Vegas, NV  89104

*Attorneys for Plaintiff*
RACHEL W. KOVAR

4838-7479-2662.1            4

# Abrante, Tina

| | |
|---|---|
| **From:** | Timothy R. O'Reilly <tor@oreillylawgroup.com> |
| **Sent:** | Thursday, January 7, 2021 1:56 PM |
| **To:** | Lanahan, Jennifer |
| **Cc:** | Shpirt, Paul; Abrante, Tina; gchavez@gmk-law.com; Gerald Gillock; Tracie M. Jefcik |
| **Subject:** | [EXT] RE: Rachel Kovar v. GMRI - Extending deadlines |
| **Attachments:** | Kovar v. Olive Garden - SAO to Extend Discovery Deadlines (First Request).docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | JENNIFER JENNIFER JENIFFER |

External Email

You have permission to e-sign my name for the Plaintiffs.



**Timothy R. O'Reilly, Esq.**

325 S. Maryland Parkway Las Vegas, Nevada 89101
**P**: 702-382-2500 | **F**: 702-384-6266
**E**: tor@oreillylawgroup.com
**W**: www.oreillylawgroup.com



This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify O'Reilly Law Group immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit oreillylawgroup.com.

---

**From:** Lanahan, Jennifer <Jennifer.Lanahan@lewisbrisbois.com>
**Sent:** Thursday, January 7, 2021 10:49 AM
**To:** Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Cc:** Shpirt, Paul <Paul.Shpirt@lewisbrisbois.com>; Abrante, Tina <Tina.Abrante@lewisbrisbois.com>; gchavez@gmk-law.com; Gerald Gillock <gillock@gmk-law.com>; Tracie M. Jefcik <TMJ@oreillylawgroup.com>
**Subject:** RE: Rachel Kovar v. GMRI - Extending deadlines
**Importance:** High

Counsel,

Pursuant to my earlier email, please see the proposed SAO to Extend Discovery Deadlines attached to this email for your review.

Jennifer

1



**Jennifer R. Lanahan**
Attorney
Jennifer.Lanahan@lewisbrisbois.com

T: 702.693.4387  F: 702.366.9563

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lanahan, Jennifer
**Sent:** Thursday, January 7, 2021 8:51 AM
**To:** Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Cc:** Shpirt, Paul <Paul.Shpirt@lewisbrisbois.com>; Abrante, Tina <Tina.Abrante@lewisbrisbois.com>; gchavez@gmk-law.com; Gerald Gillock <gillock@gmk-law.com>; Tracie Jefcik <TJ1@oreillylawgroup.com>
**Subject:** Rachel Kovar v. GMRI - Extending deadlines

Good morning Timothy,

Would you be willing to stipulate to extend the discovery deadlines by 3 months? Initial expert disclosures are already coming up on 1/28, and I don't know that that gives us enough time. Let me know. Thanks!

**Jennifer R. Lanahan**
**Attorney**
Las Vegas Rainbow
702.693.4387 or x7024387

2