JOSH COLE AICKLEN
Nevada Bar No. 07254
Josh.aicklen@lewisbrisbois.com
SHARON A. PARKER
Nevada Bar No. 08274
Sharon.Parker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant GMRI, INC. d/b/a
THE OLIVE GARDEN ITALIAN
RESTAURANT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL W. KOVAR, | CASE NO. 2:20-cv-01819-JCM-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, a Florida foreign corporation; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive, | **[SECOND REQUEST]** |
| Defendants. | |

COME NOW, Defendant GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT ("Defendant") and Plaintiff RACHEL W. KOVAR ("Plaintiff"), by and through their respective counsel of record, and pursuant to LR 6-1 and LR 26-3, hereby stipulate and request that all current discovery deadlines in the above-captioned case be continued for a period of sixty (60) days. In addition, the parties request that all other future deadlines contemplated by the Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows

     1.    On September 30, 2020, Defendant filed its Petition for Removal regarding Eighth Judicial District Court Case No. A-20-820490-C. [ECF No. 1]

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-4987-4404.3

2.      On September 30, 2020, Defendant answered Plaintiff's Complaint in the federal court action. [ECF No. 5]

3.      On October 13, 2020, the parties conducted an initial FRCP 26(f) conference.

4.      On October 16, 2020, Plaintiff served her FRCP 26 Initial Disclosures on Defendant.

5.      On October 27, 2020, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

6.      On October 27, 2020, the parties filed a Stipulated Discovery Plan and Scheduling Order. [ECF No. 9]

7.      On October 29, 2020, the parties submitted the Joint Status Report as ordered by ECF No. 6. [ECF No. 10]

8.      On November 3, 2020, Plaintiff served interrogatories and requests for production of documents on Defendant.

9.      On November 11, 2020, Defendant served interrogatories, requests for admissions, and requests for production of documents on Plaintiff.

10.     On November 12, 2020, the Court denied the parties' Discovery Plan and Scheduling Order [ECF No. 9] and issued the currently operative Scheduling Order. [ECF No. 11]

11.     On December 2, 2020, Defendant served it responses to Plaintiff's written discovery requests.

12.     On December 7, 2020, Plaintiff's counsel requested, and Defendant's counsel agreed to, an extension for Plaintiff to respond to Defendant's written discovery requests.

13.     On December 28, 2020, Plaintiff served her responses to Defendant's written discovery requests.

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-4987-4404.3                                    2

14.     On January 7, 2021, the proposed Stipulation and Order to Extend Discovery Deadlines [First Request] was submitted to the Court [ECF No. 12].

15.     On January 11, 2021, the Court issued the Stipulation and Order to Extend Discovery Deadlines [First Request] [ECF No. 13].

16.     On January 14, 2021 Plaintiff served her First Supplemental Response to Defendant, GMRI, Inc. d/b/a The Olive Garden Italian Restaurant Request for Production of Documents.

17.     On January 27, 2021, Defendant GMRI, Inc. d/b/a The Olive Garden Italian Restaurant took Plaintiff's deposition.

18.     On March 10, 2021, Plaintiff issued a Notice of Taking Deposition of Billy Poston, scheduled for April 8, 2021, at 10:00 a.m.

<u>DISCOVERY REMAINING</u>

1.     Plaintiff will take the deposition of Defendant's employee witness involved in the subject accident.

2.     The parties will designate initial expert witnesses.

3.     The parties will designate rebuttal expert witnesses.

4.     The parties will take the depositions of the designated expert witnesses.

5.     The parties will take the depositions of any and all other witnesses garnered through discovery.

6.     The parties will continue to gather relevant records.

<u>WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED</u>

Pursuant to Local Rule 26-3, the parties aver that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery. Although Plaintiff's deposition has been taken and the deposition of Billy Poston was scheduled for April 8, 2021, nonetheless, the COVID-19 pandemic has slowed the parties' ability to streamline

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-4987-4404.3                    3

discovery.   The parties are engaged in settlement negotiations and have agreed to continue Mr. Poston's deposition to see if this case may be resolved.  The parties would like additional time to exhaust settlement negotiations prior to having to incur the expense and time associated in preparing for expert discovery.

Pursuant to the above, the parties have conferred and request an extension of the current deadlines as they will not currently suffice for the logistics of this case.

## EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-3 governs extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to FRCP 26(a)(2) | *April 28, 2021* | *June 28, 2021[1]* |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | *May 28, 2021* | *July 28, 2021* |
| Discovery Cut-off | *June 28, 2021* | *August 27, 2021* |
| Dispositive Motions | *July 27, 2021* | *September 27, 2021[2]* |
| Joint Pretrial Order | *August 26, 2021* | *October 27, 2021* |

[1] Sixty (60) days from the current April 28, 2021 expert disclosure deadline is June 27, 2021, a Sunday.
[2] Thirty (30) days after the proposed discovery deadline is September 26, 2021, a Sunday.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1       WHEREFORE, the parties respectfully request that all current discovery deadlines

2   in the above-captioned case be continued for a period of sixty (60) days, as outlined in

3   accordance with the table above.

4   DATED this 12th day of April, 2021.        DATED this 12th day of April, 2021.

5   LEWIS    BRISBOIS    BISGAARD    &     O'REILLY LAW GROUP, LLC
    SMITH  LLP

6

7   */s/ Josh Cole Aicklen*                              */s/ Timothy R. O'Reilly*

8   JOSH COLE AICKLEN                TIMOTHY R. O'REILLY, ESQ.
    Nevada Bar No. 07254              Nevada Bar No. 8866

9   SHARON A. PARKER                O'REILLY LAW GROUP, LLC
    Nevada Bar No. 8274              325 S. Maryland Parkway

10  JENNIFER R. LANAHAN            Las Vegas, NV  89101
    Nevada Bar No. 14561

11  6385 S. Rainbow Boulevard, Suite 600    GERALD I. GILLOCK, ESQ.

12  Las Vegas, Nevada 89118           Nevada Bar No. 51
                                        GERALD I. GILLOCK & ASSOCIATES

13  *Attorneys for Defendant*            428 South Fourth Street
    GMRI, INC. d/b/a THE OLIVE GARDEN    Las Vegas, NV  89101

14  ITALIAN RESTAURANT

15                                       SAMUEL MIREJOVSKY, ESQ.
                                        Nevada Bar No. 13919

16                                      ASHLEY M. WATKINS, ESQ.
                                        Nevada Bar No. 13981

17                                      SAM & ASH, LLP
                                        1108 S. Casino Center

18                                      Las Vegas, NV  89104

19                                      *Attorneys for Plaintiff*

20                                      RACHEL W. KOVAR

21                           __ORDER__

22      IT IS SO ORDERED.

23      DATED this 15th day of April, 2021.

24

25                                         U.S. MAGISTRATE JUDGE

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW