JOSH COLE AICKLEN
Nevada Bar No. 07254
Josh.aicklen@lewisbrisbois.com
SHARON A. PARKER
Nevada Bar No. 08274
Sharon.parker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant GMRI, INC. d/b/a
THE OLIVE GARDEN ITALIAN
RESTAURANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL W. KOVAR,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, a Florida foreign corporation; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-01819-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, RACHEL W. KOVAR, by and through her counsel of record, Timothy R. O'Reilley, Esq., of O'REILLY LAW GROUP, LLC, Gerald I. Gillock, Esq. of GERALD I. GILLOCK & ASSOCIATES, Samuel Mirejovsky, Esq. and Ashely M. Watkins, Esq., of SAM & ASH, LLP, and Defendant, GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, by and through its counsel of record, Josh Cole Aicklen, Esq. and Sharon A. Parker, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, that Plaintiff's Complaint be dismissed, with prejudice, as to Defendant, GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN

4827-7018-4444.1

1 | RESTAURANT, with each party to bear their own costs and attorneys' fees.

2 | DATED this 24th day of September, 2021.

3 |

DATED this 24th day of September, 2021.

4 | LEWIS BRISBOIS BISGAARD & SMITH LLP

O'REILLY LAW GROUP, LLC

6 | /s/ Josh Cole Aicklen

/s/ Tracie M. Jefcik

7 | JOSH COLE AICKLEN
Nevada Bar No. 07254
SHARON A. PARKER
8 | Nevada Bar No. 08274
9 | 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
10 | *Attorneys for Defendant*
GMRI, INC. d/b/a THE OLIVE GARDEN
11 | ITALIAN RESTAURANT

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
TRACIE M. JEFCIK
Nevada Bar No. 15575
325 S. Maryland Parkway
Las Vegas, NV 89101

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
SAM & ASH, LLP
1108 S. Casino Center
Las Vegas, NV 89104
*Attorneys for Plaintiff*
RACHEL W. KOVAR

4827-7018-4444.1

2

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff RACHEL W. KOVAR's Complaint be dismissed, with prejudice, as to Defendant, GMRI, INC. d/b/a THE OLIVE GARDEN ITALIAN RESTAURANT, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED September 27, 2021.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2021, I electronically filed the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court through the Case Management/Electronic Filing System to the following recipients:

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
O'REILLY LAW GROUP, LLC
325 S. Maryland Parkway
Las Vegas, NV  89101
702-382-2500
efile@oreillylawgroup.comp

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV  89101
702-386-0000
gillock@gmk-law.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
SAM & ASH, LLP
1108 S. Casino Center
Las Vegas, NV  89104
702-820-4000

*Attorneys for Plaintiff*

By  /s/ Lori Tollerud
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP